

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

# FELONY

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-00004 |
| v. | * | SECTION: SECT. T MAG. 1 |
| GREGORY ROBINSON | * | VIOLATIONS: 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(A) |
| | * | 21 U.S.C. § 841(b)(1)(B) |
| | | 21 U.S.C. § 841(b)(1)(D) |
| | * | |

\* \* \*

The Grand Jury charges that:

## COUNT 1

On or about February 7, 2022, in the Eastern District of Louisiana, the defendant, **GREGORY ROBINSON,** did knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, both Schedule II controlled substances, and a quantity of a mixture and

```
Fee_____
Process____
X Dktd____
  CtRmDep__
  Doc.No.___
```

substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(D).

## NOTICE OF FORFEITURE

1. The allegation of Count 1 of this Indictment is incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **GREGORY ROBINSON**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense.

3. If any of the above-described property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

LYNN E. SCHIFFMAN
Assistant United States Attorney
LA Bar No. 31960

New Orleans, Louisiana
January 12, 2023

FORM OBD-34

No. _____

UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana
_____ Criminal _____ Division

THE UNITED STATES OF AMERICA

vs.

GREGORY ROBINSON

INDICTMENT

INDICTMENT FOR VIOLATIONS OF THE
FEDERAL CONTROLLED SUBSTANCES ACT

VIOLATIONS:  21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 841(b)(1)(D)

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
Lynn E. Schiffman
Assistant United States Attorney